UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
    UNITED STATES OF AMERICA,                           :
                                                        :
                                                        :      19 Cr. 686-03 (LGS)
              -against-                                 :
                                                        :      24 Cr. 643 (LGS)
    DENZELL FUNDERBURK,                                 :
                                   Defendant.   :      SCHEDULING ORDER
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Denzell Funderburk's sentencing hearing will be

held on **August 4, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse,

40 Foley Square, New York, New York 10007.   Defendant's sentencing submission, if any, shall

be filed on or before **July 14, 2025**.  The Government's sentencing submission, if any, shall be

filed by **July 17, 2025.**

Dated:  April 15, 2025
        New York, New York

                                    _____
                                         LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**