```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER ACCEPTING THE PLEA
          - v. -                 :   ALLOCUTION BEFORE A
                                 :   UNITED STATES
DENZELL FUNDERBURK,              :   MAGISTRATE JUDGE
                                 :
               Defendant.        :   24 CR 643 (LGS)
                                 :
- - - - - - - - - - - - - - - - X
```

Lorna G. Schofield, United States District Judge

On April 9, 2025, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Gary Stein, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty and terminate the letter motion at docket number 15.

Dated:   New York, New York
         April 18, 2025

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE